UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| HAPPY GUESTS INTERNATIONAL, INC., d/b/a SALTY'S ON ALKI,<br><br>Plaintiff,<br><br>v.<br><br>STARR SURPLUS LINES INSURANCE COMPANY,<br><br>Defendant. | Cause No. C22-0476RSL<br><br>ORDER GRANTING MOTION TO SEAL |

This matter comes before the Court on "Defendant's Stipulated Motion to Seal Documents Filed in Connection with Defendant's Notice of Removal." Dkt. # 4. The motion is GRANTED. The Clerk of Court is directed to seal Dkt. # 5.

Dated this 27th day of April, 2022.

*[signature]*
Robert S. Lasnik
United States District Judge

ORDER GRANTING MOTION TO SEAL - 1