1
2
3
4
5
6
7
8

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

9
10
11
12
13
14
15

HAPPY GUESTS INTERNATIONAL, INC.
d.b.a. SALTY'S ON ALKI,

                              Plaintiff,

        v.

STARR SURPLUS LINES INSURANCE
COMPANY,

                              Defendant.

No. 2:22-cv-00476-RSL

STIPULATED MOTION AND ORDER
TO STAY PROCEEDINGS

16
17
18
19
20
21

        The Washington Supreme Court granted discretionary review of *Hill & Stout PLLC v. Mutual of Enumclaw Insurance Co.*, No. 100211-4 (review granted Jan. 5, 2022), a matter that also involves business interruption coverage for losses related to COVID-19 government closure orders and presents similar issues of law. *Hill & Stout* is scheduled for oral argument on June 28, 2022.

22
23
24

        The parties jointly request to stay this matter, including discovery and all deadlines, until final resolution of *Hill & Stout*. Within thirty (30) days thereafter, the parties agree to file a Status Report providing the Court with an update on the case status.

25
26

        It is so stipulated.

STIPULATED MOTION AND ORDER TO STAY PROCEEDINGS
(2:22-cv-00476-RSL) - 1

**KELLER ROHRBACK L.L.P.**
1201 Third Avenue, Suite 3200
Seattle, WA 98101-3052
TELEPHONE: (206) 623-1900
FACSIMILE: (206) 623-3384

1

2          RESPECTFULLY SUBMITTED this 4th day of May, 2022.

3    KELLER ROHRBACK L.L.P.                    FORSBERG & UMLAUF, P.S.

4

5    By: *s/ Gabriel E. Verdugo*                By: *s/ Carl E. Forsberg*
     By: *s/ Nathan L. Nanfelt*                 By: *s/ Sally A. Clements*
6       Gabriel E. Verdugo, WSBA #44154           Carl E. Forsberg, WSBA #17025
        Nathan L. Nanfelt, WSBA #45273            Sally A. Clements, WSBA #54502
7       1201 Third Avenue, Suite 3200            Forsberg & Umlauf, P.S.
        Seattle, WA 98101                        901 Fifth Ave., Suite 1400
8       Phone: (206) 623-1900                    Seattle, WA 98164
        Email: gverdugo@kellerrohrback.com       Phone: (206) 689-8500
9       Email: nnanfelt@kellerrohrback.com       Email: cforsberg@foum.law
                                                 Email: sclements@foum.law
10

11                                              ***Attorneys for Defendant Starr Surplus***
                                                ***Lines Insurance Company***
12

13   CRANE DUNHAM PLLC

14

15   By: *s/ Stephen J. Crane*
        Stephen J. Crane, WSBA #4932
16      3600 15th Ave. W, Suite 200
        Seattle, WA 98119
17      Telephone: (206) 292-9090
        Email: scrane@cranedunham.com
18
     ***Attorneys for Plaintiff***
19

20

21

22

23

24

25

26

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26

## ORDER

This matter comes before the Court on the parties' Stipulated Motion and [Proposed] Order to Stay Action. It is HEREBY ORDERED that this action shall be stayed and removed from this Court's active caseload until further application by the parties or order of this Court. The parties shall, within 30 days of the final resolution of *Hill & Stout PLLC v. Mutual of Enumclaw Insurance Co*., No. 100211-4 (review granted Jan. 5, 2022), file a Status Report providing the Court with an update on the case status.

This Court retains full jurisdiction and this Order shall not prejudice any party in this action.

Dated this 5th day of May, 2022.

Robert S. Lasnik
United States District Judge

STIPULATED MOTION AND ORDER TO STAY PROCEEDINGS
(2:22-cv-00476-RSL) - 3

**KELLER ROHRBACK L.L.P.**
1201 Third Avenue, Suite 3200
Seattle, WA 98101-3052
TELEPHONE: (206) 623-1900
FACSIMILE: (206) 623-3384