UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| HAPPY GUESTS INTERNATIONAL, INC. d.b.a. SALTY'S ON ALKI,<br><br>Plaintiff,<br><br>v.<br><br>STARR SURPLUS LINES INSURANCE COMPANY,<br><br>Defendant. | No. 2:22-cv-00476-RSL<br><br>ORDER GRANTING STIPULATED MOTION FOR VOLUNTARY DISMISSAL PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A)(ii) |

THIS MATTER came before the Court on the Parties' Stipulated Motion for Voluntary Dismissal Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). After having considered the Parties' Motion,

It is hereby ORDERED that the Parties' Motion is Granted:

This matter is voluntarily dismissed with prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), with each party bearing its own costs and fees.

//

//

//

//

ORDER GRANTING STIPULATED MOTION FOR VOLUNTARY DISMISSAL
(2:22-cv-00476-RSL)

KELLER ROHRBACK L.L.P.
AuthorOfficeAddress
TELEPHONE: AuthorOfficeGeneralNo1
FACSIMILE: AuthorOfficeFaxNo1

Dated this 23rd day of September, 2022.

*MWT S Lasnik*
ROBERT S. LASNIK
United States District Judge

Presented by:

KELLER ROHRBACK L.L.P.

By: *s/ Nathan L. Nanfelt*
By: *s/ Gabriel E. Verdugo*
  Nathan L. Nanfelt, WSBA #45273
  Gabriel E. Verdugo, WSBA #44154
  1201 Third Ave., Suite 3200
  Seattle, WA 98101
  Phone: (206) 623-1900
  Email: nnanfelt@kellerrohrback.com
  Email: gverdugo@kellerrohrback.com

CRANE DUNHAM PLLC

By: *s/ Stephen J. Crane*
  Stephen J. Crane, WSBA #4932
  3600 15th Ave. W, Suite 200
  Seattle, WA 98119
  Phone: (206) 292-9090
  Email: scrane@cranedunham.com

*Attorneys for Plaintiffs*

FORSBERG & UMLAUF, P.S.

By: *s/ Carl E. Forsberg*
By: *s/ Sally A. Clements*
  Carl E. Forsberg, WSBA #17025
  Sally A. Clements, WSBA #54502
  901 Fifth Ave., Suite 1400
  Seattle, WA 98164
  Phone: (206) 689-8500
  Email: cforsberg@foum.law
  Email: sclements@foum.law

*Attorneys for Defendant Starr Surplus Lines Insurance Company*

ORDER GRANTING STIPULATED MOTION FOR VOLUNTARY
DISMISSAL (2:22-cv-00476-RSL) - 2

**KELLER ROHRBACK L.L.P.**
1201 Third Avenue, Suite 3200
Seattle, WA 98101-3052
TELEPHONE: (206) 623-1900
FACSIMILE: (206) 623-3384